# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM VAGLE,<br><br>Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC.,<br><br>Defendants. | Case No.: 1:18-cv-01321 LJO JLT<br><br>ORDER CLOSING THE CASE AS TO UNIVERSAL HEALTH SERVICES, INC. DBA DESERT SPRINGS HOSPITAL MEDICAL CENTER ONLY<br>(Doc. 6) |

The plaintiff filed a voluntary dismissal as to Universal Health Services, Inc, dba Desert Springs Hospital Medical Center. (Doc. 6) Therefore, the Clerk of the Court is DIRECTED to close this action as to Universal Health Services, Inc, dba Desert Springs Hospital Medical Center **only**.

IT IS SO ORDERED.

Dated: **October 30, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE