1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   SAM VAGLE,                              Case No. 1:18-cv-01321-LJO-JLT

12               Plaintiff,                  **ORDER GRANTING STIPULATION FOR
                                             LEAVE TO FILE PLAINTIFF'S FIRST
13        vs.                                AMENDED COMPLAINT**

14   TRANSWORLD SYSTEMS INC. et al.,         (Doc. 12)

15               Defendants.

16

17        Based upon the stipulation of the parties, the Court **ORDERS**:

18        1.      The stipulation is **GRANTED**.  The plaintiff may file his first amended complaint

19   no later than March 1, 2019.

20

21

22   IT IS SO ORDERED.

23        Dated:   __February 19, 2019__          _____/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28