Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM VAGLE, | Case No. 1:18-cv-01321-LJO-JLT |
| Plaintiff | **NOTICE OF SETTLEMENT AS TO DEFENDANT SHADOW EMERGENCY PHYSICIANS, PLLC ONLY** |
| v. | |
| TRANSWORLD SYSTEMS INC.; SHADOW EMERGENCY PHYSICIANS, PLLC; and DOES 1-10, inclusive, | |
| Defendant. | |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled as to Defendant Shadow Emergency Physicians, PLLC ("Shadow") only. Plaintiff request that this Honorable Court allow sixty (60) days with which to file dispositive documentation as to the resolution of this matter as to Defendant Shadow only. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

| | |
|---|---|
| Dated**:** April 8, 2019 | **Law Offices of Todd M. Friedman, P.C.** |
| | By: /s/ Todd M. Friedman |
| | Todd M. Friedman, Esq. |
| | Attorneys for Plaintiff |

Filed electronically on this 8th Day of April, 2019, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lawrence J. O'Neill
United States District Court
Eastern District California

And all Counsel of Record as recorded on the Electronic Service List.

This 8th Day of April, 2019

<u>s/Todd M. Friedman</u>
　　Todd M. Friedman, Esq.