1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   SAM VAGLE,                          | **Case No. 1:18-cv-01321-LJO-JLT**

12              Plaintiff,               | **ORDER REQUIRING DISMISSAL**
                                         | **DOCUMENTS AS TO SHADOW**
13        vs.                            | **EMERGENCY PHYSICIANS, PLLC TO**
                                         | **BE FILED BY JUNE 14, 2019**
14   TRANSWORLD SYSTEMS INC. et al.,     | **(Doc. 17)**

15              Defendants.

16

17        The plaintiff has notified the Court that he has settled the action with Shadow Emergency

18   Physicians, PLLC and will file dismissal documents within 60 days. (Doc. 17) Thus, the Court

19   **ORDERS**:

20        1.      The stipulated dismissal signed by all parties who have appeared, SHALL be filed

21   no later than June 14, 2019.

22

23
     IT IS SO ORDERED.
24

25     Dated:   __April 12, 2019__              _____/s/ Jennifer L. Thurston_____
                                               UNITED STATES MAGISTRATE JUDGE
26

27

28