UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM VAGLE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSWORLD SYSTEMS INC. et al.,<br><br>　　　　　　Defendants. | **Case No. 1:18-cv-01321-LJO-JLT**<br><br>**ORDER CLOSING THE ACTION AS TO SHADOW EMERGENCY PHYSICIANS ONLY**<br>**(Doc. 21)** |

The plaintiff has filed a notice of voluntary dismissal as to Shadow Emergency Physicians PLLC. (Doc. 21) This defendant has not appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action as to Shadow Emergency Physicians PLLC only.

IT IS SO ORDERED.

　　Dated:　**June 14, 2019**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE