# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM VAGLE,<br><br>      Plaintiff,<br><br>      v.<br><br>TRANSWORLD SYSTEMS, INC., et al.,<br><br>      Defendants. | Case No.: 1:18-cv-01321 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 23) |

On July 22, 2019, Plaintiff reported "this case has settled." (Doc. 23 at 1) Plaintiff indicates dispositional documents will be filed within sixty days. (*Id.*) Thus, the Court **ORDERS**:

1. The parties **SHALL** file stipulation to dismiss the action **no later than September 20, 2019**; and
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __**July 28, 2019**__        __**/s/ Jennifer L. Thurston**__
                                                                                     UNITED STATES MAGISTRATE JUDGE