**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM VAGLE,<br><br>        Plaintiff,<br><br>     v.<br><br>TRANSWORLD SYSTEMS, INC., et al.,<br><br>        Defendants. | Case No.: 1:18-cv-01321 LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 25) |

On September 12, 2019, Sam Vagle and Transworld Systems, Inc. filed a stipulation to dismiss the action with prejudice. (Doc. 25) Federal Rules of Civil Procedure 41(a)(1)(A)(ii), provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

    Dated:   **September 13, 2019**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE